BTXN 094 (rev 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:

**MP Southpark Pharmacy, LLC**

Debtor(s)

Case No.: 24-50146

## (AMENDED)
## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: 06/21/2024

Micah Pratt/Managing Member
Signer/Title

Date: 6/21/2024

Signature of Attorney
David R. Langston 11923800
Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, TX 79408
806-765-7491   Fax: 806-765-0553

81-3845429
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

```
Academy of Intergrative Medicine
410 Walker St.
Woodbine, IA 51579


Altium Heathcare, Inc.
P.O Box 505525
Saint Louis, MO 63150


American Breast Care, LP
2140 Newmarket Pkwy, SSE
Marietta, GA 30067-8477


American Express
P.O. Box 6031
Carol Stream, IL 60197


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Barbour Publishing
1810 Barbour De Se
Uhrichsville, OH 44683


Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Cardinal Health
7000 Cardinal Pl
Dublin, OH 43017


Cardinal Health - San Angelo
c/o Bank of America
P.O. Box 847384
Dallas, TX 75284
```

Cardinal Health - Sterling
c/o Bank of America
P.O. Box 847384
Dallas, TX 75284


Cardinal Health 110, LLC
c/o Bank of America
P.O. Box 847384
Dallas, TX 75284


Cardinal MHA
c/o Bank of America
P.O. Box 847384
Dallas, TX 75284


Clinic Networking, LLC
5830 NW Expressway, #144
Oklahoma City, OK 73132


Doug and Melissa Chadwick
13064 Rainier Dr.
Woodway, TX 76712


Dr. Squatch Soap Co
4275 Thunderbird Lane
Fairfield, OH 45014-5483


Euroscrubby
P.O. Box 173
Ontario L1A 3W3
CANADA


FFF Enterprises, Inc.
P.o. Box 840150
Los Angeles, CA 90084-0150


Golden Technologies
401 Britdge St.
Old Forge, PA 18518

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1100 Commerce St.
MC 5027 DAL
Dallas, TX 75242-1100


Jennifer Murphy
McCalla Raymer Leibert Pierce LLC
1320 Greenway Drive, Ste. 780
Irving, TX 75038


Johnathan Hinders
Brown & Fortunato
905 S. Fillmore, Suite 400
Amarillo, TX 79101


La Esperanza Clinic
34 Buick St.
San Angelo, TX 76901


Live Oak Banking Company
1757 Tiburon Dr.
Wilmington, NC 28403


LPS Management
1506 S. Sunset Ave
Littlefield, TX 79339


Micah Pratt
203 E. 26th
Littlefield, TX 79339


Mr. Bird
1320 Industrial Drive
New Braunfels, TX 78130

NRG Business
P.O. Box 660749
Dallas, TX 75266-0749


Opportunities, LLC
2401 N. Seth Child Rd.
Manhattan, KS 66503-8817


Permian Capital
3310 Fairmont St., Unit 5e
Dallas, TX 75201


Pratt II Real Estate
1506 A. South Sunset
Littlefield, TX 79339


RXSafe, LLC
Dept LA 24195
Pasadena, CA 91185-4195


Sam's Club
P.O. Box 960016
Orlando, FL 32896-0016


ScriptPro USA Inc.
P.O. Box 411097
Kansas City, MO 64141-1097


ScriptSave
Medical Security Card Company, LLC
A/R Dept. LA 24917
Pasadena, CA 91185-4917


Sigvaris Inc.
P.O. Box 2809
Peachtree City, GA 30269

```
Small Business Administration
1545 Hawkins Blvd. , Suite 202
El Paso, TX 79925


Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711


Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528


Texas Medical Distributors, Inc.
P.O. Box 266
Rockdale, TX 76567


Tom Green County Appraisal District
2302 Pulliam St.
San Angelo, TX 76905


Toni Townsend
McCalla Raymer Leibert Pierce, LLC
2626 Cole Ave., Suite 501
Dallas, TX 75204


Too Good Gourmet
2380 Grant Ave.
San Lorenzo, CA 94580


U.S. Trustee's Office
1100 Commerce St.
Room 9C60
Dallas, TX 75242


United States Attorney
1100 Commerce Street
3rd Floor
Dallas, TX 75242
```

```
Very G - Wolfpack Brands
New Commercial Capital Inc.
P.O. Box 847172
Los Angeles, CA 90084-7172
```