MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone:  806-765-7491
Telefax:    806-765-0553
Email: drl@mhba.com
***Attorneys for Debtor, MP Southpark***
***Pharmacy, LLC d/b/a Myers Drug***

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MP SOUTHPARK PHARMACY, LLC | § | Case No. 24-50146-RLJ-11 |
| d/b/a MYERS DRUG | § | |
| | § | |
| Debtor. | § | |

### WITNESS AND EXHIBIT LIST OF DEBTOR FOR
### HEARING SCHEDULED FOR JUNE 26, 2024

TO THE HONORABLE ROBERT L. JONES, U.S. Bankruptcy Judge:

NOW COMES, PRATT II REAL ESTATE, LLC the ("**Debtor**"), the Debtor in the above-referenced bankruptcy proceeding and files this Witness & Exhibit List for Hearing Scheduled for June 26, 2024.

### WITNESSES

Debtor discloses that it may call the following individuals to provide testimony:

1.    Micah Pratt, Managing Member of the Debtor.

Debtor reserves the right to amend this Witness List and to call other witnesses as may be necessary for rebuttal or impeachment purposes. Debtor also reserves the right to call any witnesses designated or called by any other party to these proceedings.

# EXHIBITS

Debtor discloses that it may introduce the following exhibits:

| TAB | DESCRIPTION |
|---|---|
| 1. | 22 day Budget |
| 2. | Listing of Payroll |
| 3. | Inventory Listing |
| 4. | UCC 11 Search |
| 5. | UCC of Live Oak Banking Company |
| 6. | UCC of Cardinals |
| 7. | UCC of SBA |
| 8. | Secured Promissory Note in the original principal sum of $878,439.00 in favor of Myers Drug, Inc. dated April 27, 2017 |
| 9. | Security Agreement between MP Southpark Pharmacy and Myers Drug, Inc. dated April 27, 2017 |
| 10. | Personal Guaranty of Micah Pratt to Myers Drug, Inc. on MP Southpark Pharmacy debt dated April 27, 2017 |

Debtor reserves the right to amend this Exhibit List in order to supplement the list of documents that may be introduced. Debtor also reserves the right to introduce other exhibits as may be necessary for impeachment purposes. Debtor also reserves the right to introduce exhibits designated by any other party to these proceedings.

Respectfully submitted,

Mullin Hoard & Brown, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408
Tel.:  (806) 765-7491
Fax:  (806) 765-0553
Email: drl@mhba.com

 /s/ David R. Langston
David R. Langston, SBN: 11923800
***Attorneys for Debtor, MP Southpark Pharmacy, LLC d/b/a Myers Drug***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Objection was served on the following parties in interest via ECF and/or regular U.S. Mail on this 26th day of June, 2024:

1. MP Southpark Pharmacy
   Attn: Micah Pratt
   1506 A. South Sunset
   Littlefield, TX 79339
   ***Debtor***

2. U.S. Trustee's Office
   1100 Commerce St., Room 9C60
   Dallas, Texas 75242

3. Ms. Dawn Theiss
   U.S. Attorney's Office
   1100 Commerce Street, 3rd Floor
   Dallas, TX 75242
   ***Attorney for the SBA***

4. Toni Townsend
   MCCALLA RAYMER LEIBERT PIERCE, LLC
   110 S.E. 6th Street, Suite 2400
   Fort Lauderdale, FL 33301
   ***Attorneys for Live Oak Banking***

5. Cardinal Health
   7000 Cardinal Pl
   Dublin, OH  43017-0000

6. All parties receiving ECF Notice in this case.

/s/ David R. Langston
David R. Langston