MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: 806-765-7491
Telefax: 806-765-0553
Email: drl@mhba.com
*Attorneys for Debtor, MP Southpark Pharmacy, LLC d/b/a Myers Drug*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MP SOUTHPARK PHARMACY, LLC | § | Case No. 24-50146-RLJ-11 |
| d/b/a MYERS DRUG | § | |
| | § | |
| Debtor. | § | |

## DEBTOR'S § 1116(1) STATEMENT

Attached hereto are copies of the Debtor's most recent (check as many as apply)

     [X] Balance Sheet

     [X] Statement of Operations

     [X] Cash-flow Statement

     [X] Federal Income Tax Return (2021 and 2022)

If a box above is not checked, that is because there have been no such document(s) prepared.

Signed at Lubbock, Texas under penalty of perjury, this ____ of June, 2024.

                                    MP SOUTH PARK PHARMACY, LLC

                                    By: _____

                                    Micah G. Pratt, Managing Member

1:47 PM
06/27/24
Accrual Basis

# MP Southpark Pharmacy, LLC dba Myers Drug
# Balance Sheet
## As of June 27, 2024

|  | Jun 27, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1010 · Checking-4128 | |
| 1011-MP Southpark Pharmacy | 3,688,609.62 |
| 1012-Myers Boutique | 812,384.65 |
| 1010 · Checking-4128 - Other | (4,501,072.39) |
| Total 1010 · Checking-4128 | (78.12) |
| 1011 · Checking-0174 | (20,213.26) |
| 1013 · Menard-6687 | 9,553.04 |
| 1014 · Sterling-6679 | 5,929.17 |
| 1035 · Cash on Hand | 6,135.00 |
| **Total Checking/Savings** | 1,325.83 |
| **Other Current Assets** | |
| 1200 · Pharmacy Accounts Receivable | 351,584.62 |
| 1200M · Menard Pharmacy AR | 57,894.83 |
| 1200S · Sterling Pharmacy AR | 63,293.73 |
| 1300 · Due from IRS | 147,562.10 |
| 1425 · Medical Account Receivables | 7,130.94 |
| 1435 · Employee Advances | 802.69 |
| 1450 · Returned Checks | 119.37 |
| 1500 · Inventory | |
| 1501 · Pharmacy | 189,485.62 |
| 1502 · Gift | 165,366.54 |
| 1503 · Compounding Lab | 68,689.38 |
| 1504 · Medical Equipment | 55,777.05 |
| 1505 · Misc - Store | 18,819.16 |
| Total 1500 · Inventory | 498,137.75 |
| 1550 · Due from Pratt II Real Estate | (7,730.14) |
| **Total Other Current Assets** | 1,118,795.89 |
| **Total Current Assets** | 1,120,121.72 |
| **Fixed Assets** | |
| 1620 · Equipment | 61,603.16 |
| 1630 · Vehicles | 8,394.29 |
| 1800 · Accummulated Depreciation | (69,530.00) |
| **Total Fixed Assets** | 467.45 |
| **Other Assets** | |
| 1640 · Goodwill | 2,285,000.00 |
| 1650 · Loan Guarantee Fees | 120,095.19 |
| 1660 · Attorney Fees | 49,729.81 |
| 1810 · Accumulated Amortization | (1,110,126.00) |
| **Total Other Assets** | 1,344,699.00 |
| **TOTAL ASSETS** | **2,465,288.17** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |

1:47 PM
06/27/24
Accrual Basis

# MP Southpark Pharmacy, LLC dba Myers Drug
## Balance Sheet
### As of June 27, 2024

|  | Jun 27, 24 |
|---|---:|
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 178,829.69 |
| **Total Accounts Payable** | 178,829.69 |
| **Credit Cards** | |
| 2252 · Credit Card Payable--American E | 150,035.78 |
| 2253 · Credit Card Payable - Capital 1 | 42,204.14 |
| **Total Credit Cards** | 192,239.92 |
| **Other Current Liabilities** | |
| 2100 · Payroll Liabilities | |
| 2110 · FICA Payable | (3,130.41) |
| 2120 · FED W/H Payable | 2,281.24 |
| 2130 · FUTA Payable | 88.45 |
| 2140 · SUTA Payable | (140.31) |
| 2180 · Garnishment | 270.46 |
| Total 2100 · Payroll Liabilities | (630.57) |
| 2200 · Sales Tax Payable | |
| 2201 · Sales tax-MP Southpark Pharmacy | 16,790.34 |
| 2202 · Sales Tax-Myers Boutique | 205,578.09 |
| 2200 · Sales Tax Payable - Other | (221,923.97) |
| Total 2200 · Sales Tax Payable | 444.46 |
| 2235 · Due to Littlefield RX Shop | 10.00 |
| 2238 · Due to LPS Management | 53,354.50 |
| 2239 · Due to Pratt II Real Estate | 21,770.86 |
| 2260 · Special Order Deposits | 600.00 |
| 2700 · Telepharmacy - Menard | 20,158.77 |
| **Total Other Current Liabilities** | 95,708.02 |
| **Total Current Liabilities** | 466,777.63 |
| **Long Term Liabilities** | |
| 2500 · N/P Live Oak Banking | |
| 2500-P · Principal payment | (1,646,133.27) |
| 2500 · N/P Live Oak Banking - Other | 2,475,674.10 |
| Total 2500 · N/P Live Oak Banking | 829,540.83 |
| 2550 · Accrued Interest - Live Oak | 111,685.36 |
| 2560 · Accrued Late Charges - Live Oak | 8,304.86 |
| 2600-I · Note Interest | (50,442.89) |
| 2600 · N/P Myers Drug Inc | |
| 2600-F · Fidelity Investments | (7,240.36) |
| 2600 · N/P Myers Drug Inc - Other | 465,559.60 |
| Total 2600 · N/P Myers Drug Inc | 458,319.24 |
| 2820 · N/P - SBA EILD-$150 | 150,000.00 |
| 2825 · Accrued Interest-$150 | 10,791.00 |
| 2830 · N/P - SBA EIDL-$350 | 334,790.00 |
| 2835 · Accrued Interest-$350 | 16,429.00 |
| 2840 · N/P - Permian Capital | 90,443.01 |

1:47 PM
06/27/24
Accrual Basis

# MP SouthPark Pharmacy, LLC dba Myers Drug
## Balance Sheet
### As of June 27, 2024

|  | Jun 27, 24 |
|---|---:|
| Total Long Term Liabilities | 1,959,860.41 |
| **Total Liabilities** | 2,426,638.04 |
| Equity |  |
| 3025 · Micah Pratt-Capital | 1,478,023.96 |
| 3800 · Capital Stock | 1,000.00 |
| 3850 · Additional Paid-in-Capital | 167,350.08 |
| 3900 · Retained Earnings | (1,499,105.37) |
| Net Income | (108,618.54) |
| **Total Equity** | 38,650.13 |
| **TOTAL LIABILITIES & EQUITY** | 2,465,288.17 |

Page 3 of 3

2:43 PM
06/27/24
Accrual Basis

# MP SouthPark Pharmacy, LLC dba Myers Drug
## Profit & Loss
### January through May 2024

|  | Jan - May 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · PHARMACY INCOME | 796,102.39 |
| 4050 · Vitamin Income | 45,157.09 |
| 4050M · Vitamin Income - Menard | 470.31 |
| 4050S · Vitamin Income - Sterling | 1,029.03 |
| 4125 · CBD | 344.69 |
| 4150 · Drugs Income | 1,832.16 |
| 4150M · Drugs Income - Menard | 1,811.23 |
| 4150S · Drugs Income - Sterling | 1,319.35 |
| 4200 · Sundries Income | 342.05 |
| 4300 · GIFT INCOME | 48,046.02 |
| 4880 · MEDICAL INCOME | 81,341.25 |
| **Total Income** | **977,795.57** |
| **Cost of Goods Sold** | |
| 5000 · Pharmacy COGS | 429,630.47 |
| 5050 · Vitamins COGS | 21,373.56 |
| 5150 · Drugs COGS | 3,524.95 |
| 5200 · Sundries COGS | 16.16 |
| 5300 · GIFT COGS | 6,600.05 |
| 5655 · MEDICAL COGS | 40,225.57 |
| 5950 · Freight COGS | 3,291.18 |
| **Total COGS** | **504,661.94** |
| **Gross Profit** | **473,133.63** |
| **Expense** | |
| 6000 · Payroll Expenses | 366,250.20 |
| 6100 · Advertising | 4,419.09 |
| 6110 · Automobile Expense | 5,774.13 |
| 6130 · Bank Service Charges | 270.00 |
| 6131 · Credit Card Fees & Discounts | 22,539.88 |
| 6135 · Cash Discrepancies-Over(Short) | 122.24 |
| 6140 · Contributions/Donations | 520.00 |
| 6150 · Computer Expenses | 12,730.39 |
| 6180 · MONTHLY/YEARLY FEES | 37,214.56 |
| 6190 · Events | 64.99 |
| 6200 · Insurance | 14,281.69 |
| 6230 · Interest Expense | 6,127.80 |
| 6240 · Licenses and Permits | 800.00 |
| 6245 · Meals & Entertainment | 3,182.72 |
| 6315 · Postage | 3,441.94 |
| 6320 · Printing and Reproduction | 974.76 |
| 6350 · Professional Fees | 400.00 |
| 6500 · SUPPLIES, EXPENSES, EQUIPMENT | 13,668.11 |
| 6600 · Rent | 3,200.00 |
| 6610 · Repairs & Maintenance | 11,393.64 |

Case 24-50146-rlj11  Doc 38  Filed 07/01/24  Entered 07/01/24 16:57:31  Desc Main Document  Page 6 of 7

# MP SouthPark Pharmacy, LLC dba Myers Drug
## Profit & Loss
### January through May 2024

|  | Jan - May 24 |
|---|---:|
| 6660 · Telephone | 2,741.71 |
| 6665 · Internet Services | 4,084.48 |
| 6675 · TELEPHARM | 3,700.00 |
| 6800 · Utilities | 17,241.87 |
| 6810 · Uniform Expense | 0.00 |
| **Total Expense** | **535,144.20** |
| Net Ordinary Income | (62,010.57) |
| **Net Income** | **(62,010.57)** |

2:48 PM
06/27/24

# MP Southpark Pharmacy dba Myers Drug
## Statement of Cash Flows
### January through May 2024

|  | Jan - May 24 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | (62,010.57) |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| 1200 · Pharmacy Accounts Receivable | 10,211.73 |
| 1200M · Menard Pharmacy AR | (11,899.08) |
| 1200S · Sterling Pharmacy AR | (9,556.00) |
| 1425 · Medical Account Receivables | 11,847.92 |
| 1435 · Employee Advances | 1,217.24 |
| 1450 · Returned Checks | 5.00 |
| 1550 · Due from Pratt II Real Estate | 7,730.14 |
| 2000 · Accounts Payable | 34,551.09 |
| 2253 · Credit Card Payable - Capital 1 | 5,474.53 |
| 2100 · Payroll Liabilities:2110 · FICA Payable | (102,883.58) |
| 2100 · Payroll Liabilities:2120 · FED W/H Payable | (64,476.00) |
| 2100 · Payroll Liabilities:2130 · FUTA Payable | (1,201.06) |
| 2100 · Payroll Liabilities:2140 · SUTA Payable | (166.41) |
| 2200 · Sales Tax Payable | (6,570.45) |
| 2200 · Sales Tax Payable:2201 · Sales tax-MP Southpark Pharmacy | 516.59 |
| 2200 · Sales Tax Payable:2202 · Sales Tax-Myers Boutique | 3,850.60 |
| 2260 · Special Order Deposits | 600.00 |
| 2700 · Telepharmacy - Menard | (2,147.60) |
| **Net cash provided by Operating Activities** | **(184,905.91)** |
| **INVESTING ACTIVITIES** | |
| 1630 · Vehicles | 18,075.00 |
| **Net cash provided by Investing Activities** | **18,075.00** |
| **FINANCING ACTIVITIES** | |
| 2600 · N/P Myers Drug Inc | 7,002.60 |
| 2830 · N/P - SBA EIDL-$350 | (12,675.00) |
| 3850 · Additional Paid-in-Capital | 167,350.08 |
| **Net cash provided by Financing Activities** | **161,677.68** |
| Net cash increase for period | (5,153.23) |
| Cash at beginning of period | 9,075.37 |
| **Cash at end of period** | **3,922.14** |