MULLIN HOARD & BROWN, L.L.P.
David R. Langston, SBN: 11923800
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: 806-765-7491
Telefax:   806-765-0553
Email: drl@mhba.com
*Attorneys for Debtor, MP Southpark*
*Pharmacy, LLC d/b/a Myers Drug and*
*Micah and Krystan Pratt*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MP SOUTHPARK PHARMACY, | § | Case No. 24-50146-RLJ-11 |
| LLC d/b/a MYERS DRUG | § | |
| | § | |
| Debtor. | § | |
| | § | |
| IN RE: | § | |
| | § | |
| MICAH G. PRATT and wife, | § | Case No. 24-50147-RLJ-11 |
| KRYSTAN L. PRATT | § | (Jointly Administered Under |
| | § | Case No. 24-50146-RLJ-11) |
| Debtors. | § | |

## DEBTORS' NOTICE OF EFFECTIVE DATE

NOW COMES, MP Southpark Pharmacy, LLC d/b/a Myers Drug ("**MP Southpark**") and Micah G. Pratt and wife, Krystan L. Pratt ("**Pratt**") (collectively the "**Debtors**"), the Debtors-in-Possession in the above-styled cases, and files this Debtors/ Notice of Effective Date and shows as follows:

1.  The Debtors' Plan was confirmed on November 26, 2024 when the Bankruptcy Court entered the Order Granting Debtors' Motion to Modify and Confirming Debtors' Small Business Chapter 11 Plan of Reorganization [Docket #101] (the "Confirmation Order").

2.  No appeal of the Confirmation Order has been taken, and the Confirmation Order became final and non-appealable on December 3, 2024.

3.  Pursuant to the Plan, the Effective Date (as defined in the Plan) occurs upon the first business day after the thirtieth (30th) day following the date the Confirmation Order becomes final and non-appealable.

4.  Therefore, the Effective Date of the Plan is projected to be January 2, 2024.

Respectfully Submitted,
MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

 /s/ David R. Langston
David R. Langston, SBN: 11923800
*Attorneys for Debtors, MP Southpark Pharmacy, LLC d/b/a Myers Drug and Micah & Krystan Pratt*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice was sent on this the 18th of December, 2024 to the following listed parties in interest by ECF Notification, U.S. Regular Mail and/or Email to the following parties:

1.  MP Southpark Pharmacy
    Attn: Micah Pratt
    1506 A. South Sunset
    Littlefield, TX 79339
    ***Debtor***

2.  Erin Schmidt
    U.S. Trustee's Office
    1100 Commerce St., Room 9C60
    Dallas, Texas 75242

3.  Behrooz P. Vida
    The Vida Law Firm, PLLC
    3000 Central Drive
    Bedford, TX 76021
    ***Subchapter V Trustee***

3. All parties receiving notice via ECF in this case.

4. All parties listed on the attached matrix. (Matrix attached to Court filing, but not included in service)

/s/ David R. Langston
David R. Langston

| | | |
|---|---|---|
| Micah & Krystan Pratt<br>MP Southpark Pharmacy<br>203 East 26th St.<br>Littlefield, Texas 79339 | Erin Schmidt<br>U.S. Trustee's Office<br>1100 Commerce St., Room 9C60<br>Dallas, Texas 75242 | Behrooz P. Vida<br>The Vida Law Firm, PLLC<br>3000 Central Drive<br>Bedford, TX 76021 |
| Dawn Whalen Theiss<br>U.S. Attorney's Office<br>Northern District of Texas<br>1100 Commerce Street, Third Floor<br>Dallas, TX 75242-1699 | Academy of Intergrative Medicine<br>410 Walker St.<br>Woodbine, IA 51579 | Altium Heathcare, Inc.<br>P.O Box 505525<br>Saint Louis, MO 63150 |
| American Breast Care, LP<br>2140 Newmarket Pkwy, SSE<br>Marietta, GA 30067-8477 | American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197 | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 |
| Barbour Publishing<br>1810 Barbour De Se<br>Uhrichsville, OH 44683 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130 | Cardinal Health<br>7000 Cardinal Pl<br>Dublin, OH 43017 |
| Cardinal Health - San Angelo<br>c/o Bank of America<br>P.O. Box 847384<br>Dallas, TX 75284 | Cardinal Health - Sterling<br>c/o Bank of America<br>P.O. Box 847384<br>Dallas, TX 75284 | Cardinal Health 110, LLC<br>c/o Bank of America<br>P.O. Box 847384<br>Dallas, TX 75284 |
| Cardinal MHA<br>c/o Bank of America<br>P.O. Box 847384<br>Dallas, TX 75284 | Clinic Networking, LLC<br>5830 NW Expressway, #144<br>Oklahoma City, OK 73132 | Doug and Melissa Chadwick<br>13064 Rainier Dr.<br>Woodway, TX 76712 |
| Dr. Squatch Soap Co<br>4275 Thunderbird Lane<br>Fairfield, OH 45014-5483 | Euroscrubby<br>P.O. Box 173<br>Ontario L1A 3W3<br>CANADA | FFF Enterprises, Inc.<br>P.o. Box 840150<br>Los Angeles, CA 90084-0150 |
| Golden Technologies<br>401 Britdge St.<br>Old Forge, PA 18518 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>1100 Commerce St.<br>MC 5027 DAL<br>Dallas, TX 75242-1100 |

Jennifer Murphy
McCalla Raymer Leibert Pierce
1320 Greenway Drive, Ste. 780
Irving, TX 75038

Johnathan Hinders
Brown & Fortunato
905 S. Fillmore, Suite 400
Amarillo, TX 79101

La Esperanza Clinic
34 Buick St.
San Angelo, TX 76901

Live Oak Banking Company
1757 Tiburon Dr.
Wilmington, NC 28403

LPS Management
1506 S. Sunset Ave
Littlefield, TX 79339

Mr. Bird
1320 Industrial Drive
New Braunfels, TX 78130

NRG Business
P.O. Box 660749
Dallas, TX 75266-0749

Opportunities, LLC
2401 N. Seth Child Rd.
Manhattan, KS 66503-8817

Permian Capital
3310 Fairmont St., Unit 5e
Dallas, TX 75201

RXSafe, LLC
Dept LA 24195
Pasadena, CA 91185-4195

Sam's Club
2101 SE Simple Savings Drive
Bentonville, AR 72716-0745

ScriptPro USA Inc.
P.O. Box 411097
Kansas City, MO 64141-1097

ScriptSave
Medical Security Card Company, LLC
A/R Dept. LA 24917
Pasadena, CA 91185-4917

Sigvaris Inc.
P.O. Box 2809
Peachtree City, GA 30269

Small Business Administration
1545 Hawkins Blvd. , Suite 202
El Paso, TX 79925

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711

Texas Comptroller of Public Accts.
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711-3528

Texas Medical Distributors, Inc.
P.O. Box 266
Rockdale, TX 76567

Tom Green County Appraisal District
2302 Pulliam St.
San Angelo, TX 76905

Toni Townsend
McCalla Raymer Leibert Pierce
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Too Good Gourmet
2380 Grant Ave.
San Lorenzo, CA 94580

Very G - Wolfpack Brands
New Commercial Capital
P.O. Box 847172
Los Angeles, CA 90084-7172

Chase Southwest Airlines
P.O. Box 15298
Wilmington, DE 19850

Click N Close, Inc.
P.O. Box 2229
Addison, TX 75001

| | | |
|---|---|---|
| First Federal Bank<br>2313 Phelps Ave.<br>Littlefield, TX 79339 | Huntington National Bank<br>11100 Wayzata Blvd. No. 700<br>Minnetonka, MN 55305-5523 | Lamb County Appraisal District<br>1500 E. Delano Ave.<br>Littlefield, TX 79339 |
| Nelnet<br>121 South 13th St.<br>Lincoln, NE 68508 | Nissan Finance<br>P.O. Box 660577<br>Dallas, TX 75266 | Subaru Motor Finance<br>PO. Box 78232<br>Phoenix, AZ 85062 |
| John Kendrick Turner<br>Linebarger Goggan Blair & et al.<br>2777 N. Stemmons Freeway, Ste. 1000<br>Dallas, Tx. 75207 | Laura Monroe<br>Perdue Brandon Fielder Collins & Mott, LLP<br>P.O. Box 817<br>Lubbock, Tx. 79408 | Johnathan H. Hinders<br>Brown & Fortunato, P.C.<br>905 S. Fillmore, Suite 400<br>Amarillo, Tx. 79101 |
| Menard Industrial Development Corp.<br>P.O. Box 176<br>Menard, Texas 76859 | Erin Gapinski<br>Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH 43017 | Permian Capital, Ltd.<br>P.O. Box 80088<br>Midland, Texas 79708 |
| Permian Capital, Ltd.<br>1213 Milltown Road<br>Midland, Tx. 79705 | | |